UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
LINDA SLADE, *individually and on behalf of all others* :
*similarly situated*, :
:
                        Plaintiff, :         22-CV-4740 (JMF)
:
     -v- :         <u>ORDER</u>
:
BGLG, INC., :
:
                       Defendant. :
:
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      Pursuant to the Court's June 9, 2022 Order, ECF No. 5, the parties were required to file a joint letter, the contents of which are described therein, no later than two weeks after Defendant appeared in the case. Defendant entered a notice of appearance on August 11, 2022. ECF No. 6. To date, the parties have not filed the required joint letter. As a courtesy, the parties' deadline is hereby EXTENDED, *nunc pro tunc*, to **September 1, 2022**. Additionally, Plaintiff is reminded to promptly file proof of service of the Summons and Complaint, or waiver thereof.

      SO ORDERED.

Dated: August 29, 2022
       New York, New York                    _____
                                                                  JESSE M. FURMAN
                                                     United States District Judge